UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:24-cv-62093- JB/JS

**T5.2 LTD.,**

       **Plaintiff,**

v.

**CITRIX SYSTEMS, INC.**

       **Defendant.**

## NOTICE OF FILING OF AMENDED JOINT SCHEDULING REPORT

The Parties hereby file this Notice of Filing of their Amended Joint Scheduling Report in the above-captioned matter, pursuant to the Court's Order dated May 22, 2025. (Dkt 75).

Dated: May 28, 2025                                  Respectfully submitted,

| | |
|---|---|
| **THE CONCEPT LAW GROUP, P.A.** | **DLA PIPER LLP (US)** |
| */s/Alexander D. Brown* | */s/Ardith Bronson* |
| Alexander Brown, Esq. (FL BAR #752665) | Ardith Bronson, Esq. (FLA BAR #423025) |
| abrown@conceptlaw.com | ardith.bronson@us.dlapiper.com |
| Scott D. Smiley, Esq. (FL BAR #678341) | Jose Espinosa, Esq. (FL BAR #1030890) |
| scott@conceptlaw.com | jose.espinosa@us.dlaiper.com |
| 6400 N. Andrews Ave., Suite 500 | 200 South Biscayne Blvd., Suite 2500 |
| Fort Lauderdale, FL 33309 | Miami, FL 33131 |
| | |
| **DINOVO PRICE LLP** | Michael G. Strapp, Esq. (*Pro Hac Vice*) |
| Adam G. Price, Esq. (*Pro Hac Vice*) | Michael.strapp@us.dlapiper.com |
| aprice@dinovoprice.com | Safraz Ishamel, Esq. (*Pro Hac Vice*) |
| Christopher Goodpastor (*Pro Hac Vice*) | safraz.ishmael@us.dlapiper.com |
| cgoodpastor@dinovoprice.com | 33 Arch Street, 26th Floor |
| Gregory S. Donahue, Esq. (*Pro Hac Vice*) | Boston, MA 02110 |
| gdonahue@dinovoprice.com | |
| Gabriel R. Gervey, Esq. (*Pro Hac Vice*) | Ankur Desai, Esq. (*Pro Hac Vice*) |
| ggervey@dinovoprice.com | ankur.desai@us.dlapiper.com |
| Michael D. French, Esq. (*Pro Hac Vice*) | Nandan Padmanabhan, Esq (*Pro Hac Vice*) |
| mfrench@dinovoprice.com | Nandan.padmanabhan@us.dlapiper.com |
| 7000 N. MoPac Expressway, Suite 350 | 2000 Ave of the Stars, Ste 400 North Tower |
| Austin, TX 78731 | Los Angeles, CA 90067 |
| | |
| *Counsel for Plaintiff T5.2 LTD.* | |

1

> Mary Dahl, Esq. *(Pro Hac Vice)*
> mary.dahl@dlapiper.com
> 3203 Hanover Street, Suite 100
> Palo Alto, CA 94304
>
> *Counsel for Defendant Citrix Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **May 28, 2025,** I electronically filed the foregoing document via CM/ECF, which caused a true and correct copy to be served electronically upon all entitled parties.

**THE CONCEPT LAW GROUP, P.A.**

*/s/Alexander D. Brown*
Alexander D. Brown, Esq.
Florida Bar No. 752665
abrown@conceptlaw.com

2