## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

T5.2 Ltd. v. Citrix Systems, Inc.                              Case No. 24-cv-62093

Jafarmadar v. HC Salon Holdings Inc.                    Case No. 24-cv-62362

### CERTIFICATION AND ORDER OF TRANSFER TO MAGISTRATE JUDGE

The above matters come before the undersigned Magistrate Judge following the entry of an Order of Reassignment to newly appointed **District Judge Edward L. Artau**. The undersigned certifies that the above-captioned cases presently have no referred, fully briefed pending motions and are therefore ready to be transferred to **Judge Artau's** paired Magistrate Judge. The Clerk of Court shall hereby transfer the Magistrate Judge assignment for the above-referenced cases to **Judge Artau's** paired Magistrate Judge.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of October 2025.

_Jared Strauss_
Jared M. Strauss
United States Magistrate Judge