# Exhibit 01

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 0:24-cv-62093-JB/JS

**T5.2 LTD.,**

       **Plaintiff,**

**v.**

**CITRIX SYSTEMS, INC.**

       **Defendant.**

_____/

## I. AGREED CLAIM CONSTRUCTIONS

The parties agree to the following construction:

| Claim Term | Agreed Construction |
|---|---|
| graphics processor module (GPM)<br><br>'147 patent claims 1, 13, 21, 22<br>'192 patent claims 1, 14<br>'285 patent claims 1, 3, 9, 10, 13, 15, 17, 19, 22, 24, 25, 26 | one or more GPUs |
| wrapper<br><br>'568 patent claims 5, 8, 12, 15<br>'922 patent claims 3, 7, 15, 19, 27, 31, 37, 41<br>'146 patent claims 13, 14, 31<br>'621 patent claim 4 | software, with well-defined interfaces, that encapsulates and hides other software |
| frame<br><br>'568 patent claims 1, 4, 11<br>'922 patent claims 8, 21, 22, 26, 30, 36, 40<br>'285 patent claims 13, 27 | a single image that can be displayed in sequence with other images to form video |