# Exhibit 04

**SALTAMAR INNOVATIONS**

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax:    (888)981-6759
shalom@saltamar.com

# In the United States Patent and Trademark Office

| In re application of: | Graham Clemie, et al. | | |
|---|---|---|---|
| For: | **CENTRALISED INTERACTIVE GRAPHICAL APPLICATION SERVER** | | |
| Serial No. ~confirm: | 13/887,522 ~ 5812 | Group: | 2611 |
| Filed on: | May 6, 2013 | Examiner: | Nguyen H. Hau |
| Correspondence Date | May 2, 2010 | Docket: | 0413COND-CLEMIE |

## Amendment and Response

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This amendment is in response to the office action mailed to applicant on Nov 6, 2014.

This amendment is submitted with a terminal disclaimer.

The amendment is submitted together with a petition for extension of time for a period of three months, under 37 CFR§1.136.   The commissioner is requested and authorized to charge any additional fees due, and credit any overpayments, to my Deposit Account No. 501-392, as required to maintain this application in good standing in the Patent Office.

Please amend the above-identified application as follows:

Amendment to the specifications begins on page 2 of this paper

Amendment to the claims are reflected in the listing of claims which begins on page 3 of this paper.

Remarks begin on page 10 of this paper.

## In the Specifications

Please replace the originally filed paragraphs with the following paragraphs, in accordance with the appropriate paragraph number:

[0050]   Preferably, ~~the or~~ each graphics processor module comprises a dedicated graphics processor, typically in the form of a graphics chip.  Optionally, two or more dedicated graphics processors are used which are functionally substantially identical.

**In the claims:**

Please amend the claims in accordance with the following listing

1-3. (Cancelled)

4.  (Currently amended) ~~A~~ method of generating compressed image data comprising the steps of:

    a) outputting graphics instructions by a graphics generating computer program;

    b) identifying ~~an attribute of~~ at least one of the outputted graphics instructions <u>having an influence on a co-ordinate associated with the image data</u>;

    <u>c) generating compression assistance data responsive to the identified graphics instruction;</u>

    ~~c) modifying at least one of the outputted graphics instructions wherein the modifying is responsive to theattribute;~~

    d) processing at least one of the ~~modified~~ <u>outputted</u> graphics instructions to generate <u>a plurality of pixels</u>~~compression assistance data~~;

    ~~e) processing at least one of the outputted graphics instructions or at least one of the modified graphics instructions or a combination thereof to generate a plurality of pixels; and~~

    ~~f~~<u>e</u>) processing at least one of the plurality of pixels using at least part of the compression assistance data to generate the compressed image data.

5.  (Currently amended) The method as claimed in claim 4 wherein step (~~d~~<u>c</u>) occurs before step (~~e~~<u>d</u>).

6.  (Original) The method as claimed in claim 5 wherein the generation of the compressed image data utilizes motion vectors corresponding to at least one of the plurality of pixels and its relative position between two different points of time.

7.  (Currently amended) The method as claimed in claim 6 wherein the motion vectors are determined in step (~~d~~<u>c</u>).

8. (Currently amended) The method as claimed in claim 7 wherein the step of identifying <ins>at least one of the outputted graphics instructions</ins><del>an attribute</del> comprises at least one step selected from a group consisting of <del>identifying a difference between two of the outputted graphics instructions,</del> identifying the type of one of the outputted graphics instructions, identifying the contents of one of the outputted graphics instructions and any combination thereof.

9. (Original) The method as claimed in claim 8 wherein the outputted graphics instructions are DirectX instructions or OpenGL instructions.

10. (Original) The method as claimed in claim 9 wherein at least one graphic instruction of the outputted graphics instructions is a shader instruction.

11. (Currently amended) The method as claimed in claim 10 wherein the processing of step (<del>a</del><ins>d</ins>) occurs in a GPU.

12. (Original) The method as claimed in claim 4 wherein the generation of the compressed image data utilizes motion vectors corresponding to at least one of the plurality of pixels and its relative position between two different points of time.

13. (Original) The method as claimed in claim 5 wherein the outputted graphics instructions are OpenGL instructions or DirectX instructions .

14-17. (Cancelled).

18. (Currently amended) The method as claimed in claim 12 wherein the motion vectors are determined in step (<del>d</del><ins>c</ins>).

19. (Original) The method as claimed in claim 18 wherein at least one of the outputted graphics instructions is intercepted by a wrapper before the compression assistance data is generated.

20. (Original) The method as claimed in claim 12 wherein at least one of the outputted graphics instructions is intercepted by a wrapper before the compression assistance data is generated.

21. (Original) The method as claimed in claim 4 wherein at least one of the outputted graphics instructions is intercepted by a wrapper before the compression assistance data is generated.

22-25. (Cancelled).

26. (Currently amended) The method as claimed in claim 4 wherein the step of identifying ~~at least one of the outputted graphics instructions an attribute~~ comprises at least one step selected from a group consisting of ~~identifying a difference between two of the outputted graphics instructions,~~ identifying the type of one of the outputted graphics instructions, identifying the contents of one of the outputted graphics instructions and any combination thereof.

27-30. (Cancelled).

31. (Currently amended) A method of generating a plurality of compressed image data transmissions comprising the steps of:

   a) outputting graphics instructions by a first graphics generating computer program;

   b) outputting graphics instructions by a second graphics generating computer program;

   c) identifying ~~an attribute of~~ at least one of the outputted graphics instructions having an influence on a co-ordinate associated with the image data;

   d) modifying at least one of the graphics instructions outputted by the first program to create a first set of modified graphics instructions wherein the modifying is responsive to the ~~the identified instruction~~ attribute;

   e) modifying at least one of the graphics instructions outputted by the second program to create a second set of modified graphics instructions;

   f) processing at least one graphics instruction of the first set of modified graphics instructions to generate compression assistance data;

   g) processing at least one of the outputted graphics instructions from the first program or at least one graphics instruction of the first set of modified graphics instructions or a combination thereof to generate a first plurality of pixels;

   h) processing at least one of the outputted graphics instructions from the second program or at least one graphics instruction of the second set of modified graphics instructions or a combination thereof to generate a second plurality of pixels;

i) processing at least one of the first plurality of pixels using at least part of the compression assistance data to generate a first of the compressed image data transmissions;

j) processing at least one of the second plurality of pixels to generate a second of the compressed image data transmissions;

k) transmitting the first of the compressed image data transmissions to a first remote decompression device; and

l) transmitting the second of the compressed image data transmissions to a second remote decompression device.

32. (Original) The method as claimed in claim 31 wherein step (f) occurs before step (g).

33. (Original) The method as claimed in claim 32 wherein the generation of the first of the compressed image data transmissions utilizes motion vectors corresponding to at least one of the first plurality of pixels and its relative position between two different points of time.

34. (Original) The method as claimed in claim 33 wherein the motion vectors are determined in step (f).

35. (Currently amended) The method as claimed in claim 34 wherein the step of identifying an attribute comprises at least one step selected from a group consisting of ~~identifying a difference between two of the outputted graphics instructions,~~ identifying the type of one of the outputted graphics instructions, identifying the contents of one of the outputted graphics instructions and any combination thereof.

36. (Original) The method as claimed in claim 35 wherein the outputted graphics instructions are OpenGL instructions or DirectX instructions.

37. (Original) The method as claimed in claim 32 wherein the outputted graphics instructions are OpenGL instructions or DirectX instructions .

38. (Currently amended) The method as claimed in claim 37 wherein the steps of modifying comprise at least one step selected from a group consisting of adding at least one graphics instruction, removing at least one of the outputted graphics instructions, replacing at least one of the outputted graphics instructions, translating at least one of the outputted graphics instructions, altering at least one of the outputted graphics instructions, and any combination thereof.

39. (Currently amended) The method as claimed in claim 38 wherein the step of identifying an attribute comprises at least one step selected from a group consisting of ~~identifying a difference between two of the outputted graphics instructions,~~ identifying the type of one of the outputted graphics instructions, identifying the contents of one of the outputted graphics instructions and any combination thereof.

40. (Currently amended) The method as claimed in claim 37 wherein the step of identifying an attribute comprises at least one step selected from a group consisting of ~~identifying a difference between two of the outputted graphics instructions,~~ identifying the type of one of the outputted graphics instructions, identifying the contents of one of the outputted graphics instructions and any combination thereof.

41. (Original) The method as claimed in claim 31 wherein the generation of the first of the compressed image data transmissions utilizes motion vectors corresponding to at least one of the first plurality of pixels and its relative position between two different points of time.

42. (Original) The method as claimed in claim 41 wherein the motion vectors are determined in step (f).

43. (Original) The method as claimed in claim 42 wherein at least one of the graphics instructions outputted by the first program is intercepted by a wrapper before the compression assistance data is generated.

44. (Original) The method as claimed in claim 41 wherein at least one of the graphics instructions outputted by the first program is intercepted by a wrapper before the compression assistance data is generated.

45. (Original) The method as claimed in claim 31 wherein the outputted graphics instructions are OpenGL instructions or DirectX instructions.

46. (Original) The method as claimed in claim 45 wherein the processing of step (g) is performed by a GPU.

47. (Currently amended) The method as claimed in claim 46 wherein the step of identifying an attribute comprises at least one step selected from a group consisting of ~~identifying a difference between two of the outputted graphics instructions,~~ identifying the type of one of the outputted graphics instructions, identifying the contents of one of the outputted graphics instructions and any combination thereof.

48. (Original) The method as claimed in claim 45 wherein the generation of the first of the compressed image data transmissions utilizes motion vectors corresponding to at least one of the first plurality of pixels and its relative position between two different points of time.

49. (Original) The method as claimed in claim 45 wherein the steps of modifying comprise at least one step selected from a group consisting of adding at least one graphics instruction, removing at least one of the outputted graphics instructions, replacing at least one of the outputted graphics instructions, translating at least one of the outputted graphics instructions and any combination thereof

50. (Currently amended) The method as claimed in claim 49 wherein the step of identifying an attribute comprises at least one step selected from a group consisting of ~~identifying a difference between two of the outputted graphics instructions,~~ identifying the type of one of the outputted graphics instructions, identifying the contents of one of the outputted graphics instructions and any combination thereof.

51. (Original) The method as claimed in claim 50 wherein at least one of the graphics instructions outputted by the first program is a shader instruction.

52. (Original) The method as claimed in claim 49 wherein at least one of the graphics instructions outputted by the first program is a shader instruction.

53. (Original) The method as claimed in claim 45 wherein the steps of modifying comprise at least one step selected from a group consisting of adding at least one graphics instruction, removing at least one of the outputted graphics instructions, replacing at least one of the outputted graphics instructions, translating at least one of the outputted graphics instructions, altering at least one of the outputted graphics instructions and any combination thereof.

54. (Currently amended) The method as claimed in claim 53 wherein the step of identifying an attribute comprises at least one step selected from a group consisting of ~~identifying a difference between two of the outputted graphics instructions,~~ identifying the type of one of the outputted graphics instructions, identifying the contents of one of the outputted graphics instructions and any combination thereof.

55. (Original) The method as claimed in claim 54 wherein at least one of the graphics instructions outputted by the first program is a shader instruction.

56. (Original) The method as claimed in claim 53 wherein at least one of the graphics instructions outputted by the first program is a shader instruction.

57. (New) The method as claimed in claim 4 wherein at least one of the outputted graphics instructions of step (d) is modified before being processed.

58. (New) The method as claimed in claim 57 wherein the modifying is responsive to the identified instruction.

## Remarks

1) Applicant thanks the Examiner for his office action and hopes that this response will further the understanding of applicant's invention.

2) Claims 4-13, 18-21 , 26, and 31-58 are pending in the applications. Claims 1-3, 14-17, 22-25, and 27-30 have been cancelled without prejudice. New claims 57-58 were introduced. Claims 4-5,7, 18,26, 31, 35, 39-40, 47, 50 and 54 are amended herewith.

3) Applicant submits herewith a terminal disclaimer to overcome the nonstatutory double patenting rejection.

4) The applicant respectfully disagrees with the Examiner's assertion that recited limitations are not sufficiently described in the specifications. While the word 'attribute' may not be specifically defined in the specifications, there is no requirement for identity of the terminology *ipsissimis verbis In re Bond 910 F.2d 831, 15 USPQ2d 1566 (Fed. Cir. 1990)*. Similarly, the applicant disagrees that the phrase 'supplementary instructions' does not have sufficient support in the specifications. Applicant respectfully submits that the examples provided throughout the specifications would be recognized by the skilled in the art as befit the use of the more general term "attribute', and that the numerous disclosures of modifications and/or additions of instructions would be recognized as 'supplementary instructions'. However, in order to advance the prosecution, the applicant elected to amend and cancel certain claims without prejudice, and maintains all rights for asserting those rights at a later date.

5) Claims 4 and 31 were amended to relate to: "identifying at least one of the outputted graphics instructions having an influence on a co-ordinate associated with the image data.". Support for the amendments may be found throughout the specifications. By way of more concrete example in paragraphs 37, 39, 56-59, 62, 63, 65, 69, 72, 110, 127, 147, 154,-156, 162, 177, 178, 181, 192, 193, and practically in many other portions of the specifications.

6) The originally filed claims 1-8, 12, 18, 22, 23, 26-28, 31-35, 41 and 42 stand rejected under 35 U.S.C. § 102(b) as being anticipated by Mann et al. (US Patent No. 6,330,281, Mann hereinafter). The applicant respectfully disagrees at least for the following reasons:

7) The applicant first would like to stress the difference between the applicant's "graphics instruction" and "graphics data". Whilst an instruction might at times require data, data are not the same as instructions. The common and ordinary meaning of the term graphic instruction is an instruction to cause a processor such as a CPU or GPU to perform an operation as part of a process that will result in graphics data such as pixels to be produced, read or manipulated. By way of non-limiting examples, graphic instructions may be native CPU or GPU instructions or instructions that are part of an API such as OpenGL or DirectX.

8) Graphics data on the other hand are typically the product of processing graphics instructions, or are data that are manipulated or read by graphics instructions when those instructions are processed. By way of a non-limiting example, graphics data may be pixels. Whilst pixels may define the color of a portion of, for example, a computer screen, they are not graphics instructions as they do not instruct a processor to perform an operation.

9) Applicant respectfully submits that Mann only discloses using graphics data not graphics instructions.

10) Examining by way of example claim 4, subsection a) requires outputting graphics instructions by a graphics generating computer program. The Examiner equated this action to "instructions sent to Mann's video source (12) for generating a video frame Ei" Mann's item 12 is shown in figure 1. According to this, Ei and Mi are being output. M is a 3D model (which may or my not be used as the model graphics instructions would operate on), whilst E is a series of video frames. Both are data, not 'graphics instructions'. Whilst the video source 12 might use graphics processing and thus graphics instructions in order to produce a video

frame Ei, Mann is silent regarding any graphics instructions to be outputted by any of his elements. Therefore Mann does not teach this claimed element.

11) The examiner also equated step b of claim 4 requiring "identifying an attribute of at least one of the outputted graphics instructions", with Mann's determining a scaling factor.  However, even if, *arguendo,* one would accept the Examiner above interpretation of "graphics instruction", Mann specifically states that the scaling factor is **not** derived from a graphics instruction, instead it is derived from data, specifically a, "matrix norm": "The scaling factor may be computed from the matrix norm 2 of the partial derivative matrix of the mapping at a certain pixel in the neighborhood." (col. 5, ll. 38).  The specifics of how to perform the calculation is detailed in columns 6 and 7 of the Mann patent.   Moreover, even if *arguendo* one was to accept further the examiner equating the scaling factor as the 'attribute' to be identified, nothing in Mann teaches or suggests that a scaling factor of a graphics instruction is identified. Therefore, Mann does not teach the limitation of claim 4 element b) as originally filed, or as amended

12) The Examiner further equated Mann's act of transforming a polygon as equivalent of modifying an outputted graphics instruction.  Applicant respectfully points out that a polygon is not a graphics instruction.

13) In column 4, lines 41 to 44, Mann states, "With the arrangements of figs. 1 - 3, a scene's modeling **data** (e.g. three-dimensional and animation **data**) may [sic] used to approximate (interpolate) views from reference views using three-dimensional mapping.".  It may thus be seen that by Mann's own admission, the three dimensional model is used as data, rather than as graphics instructions.

14) It is seen repeatedly that Mann does not disclose or suggests modifying any instructions, graphics or otherwise. Mann only discusses data.

15) Similar analysis may be applied to all other pending claims.

16) Claims 9-11,13-17, 19-21, 24 [sic], 25, 29, 30, 36-40, and 43-56 stand rejected under 35 U.S.C. § 103(a) as being unpatentable over Mann in view of Scallie et al

(US Publication No. 2002/0154214, Scallie hereinafter). As it has been shown that Mann does not teach many of the claimed limitations, the applicant respectfully submits that the Office failed to established *prima facie* case of obviousness as not all claimed elements are shown.

17) Applicant further submits that the claims as amended are also distinct over Mann, taken separately or in combination with Scallie, for similar reasons to those presented *supra.*

18) The applicant amended the claims extensively to better clarify the nature his invention, and has made a good faith effort to address each and every point made by the Examiner, to place the application in condition for allowance. Applicant respectfully submits that all the rejections raised by the Examiner in his Office Action of November 6, 2014 were overcome, and further submits that the claims as amended are in condition for allowance. Reconsideration and withdrawal of the rejection and issue of a notice of allowance on all pending claims is respectfully solicited.

19) Should the Examiner find any deficiency in this amendment or in the application, or should the Examiner believe for any reason, that a conversation with applicant's agent may further the allowance and issuance of this application, the Examiner is kindly requested to contact Shalom Wertsberger at telephone (585) 200-3000.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax:  (888)981-6759

Agent for Applicant