# Exhibit 11



**SALTAMAR INNOVATIONS**

30 Fern lane
South Portland, ME 04106
USA
Phone: +1(207) 799-9733
Fax:+1(207) 767-5324
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

# In the United States Patent and Trademark Office

| In re application of: | Graham Clemie, et al. | | |
|---|---|---|---|
| For: | CENTRALISED INTERACTIVE GRAPHICAL APPLICATION SERVER | | |
| Serial No. ~confirm: | 10/506,151 ~ 8293 | Group: | 2609 |
| Filed on: | Aug 31, 2004 | Examiner: | Edward T. La Barr |
| Correspondence Date | January 4, 2008 | Docket: | 0413US-CLEMIE |

## Amendment and Response

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This amendment is in response to the office action mailed to applicant on Jul 6, 2007 in the above-identified application.

The amendment is submitted together with a petition for extension of time for a period of three months, under 37 CFR§1.136. The commissioner is requested and authorized to charge any additional fees due, regarding this submission, and credit any overpayments, to my Deposit Account No. 501-392.

Please amend the above-identified application as follows:

Amendment to the claims are reflected in the listing of claims which begins on page 2 of this paper.

Remarks begin on page 8 of this paper.

**In the claims:**

1. (Currently amended)   A method of generating a compressed video data signal using at least one graphics processor module, comprising the steps of:

   a)   receiving a first set of instructions for a graphics processor module, <u>said first set of instructions relating to how to render image frames</u>;

   b)   intercepting said first instructions and generating a second set of instructions for a graphics processor module;

   c)   processing said first set of instructions or said second set of instructions in a graphics processor module to generate first graphics data<u>, said first graphics data comprising image frames</u>;

   d)   processing said second set of instructions to generate second graphics data;

   e)   processing said second graphics data to generate compression assistance data; and

   f)   processing said first graphics data, using said compression assistance data, to generate a compressed video data signal.


2. (Original)   A method according to claim 1, wherein said second set of instructions is generated such that step d) uses less data processing power than step c).


3. (Cancelled)


4. (Currently amended)   A method according to claim 1, wherein the method further comprises <u>generating instructions in said second set of instructions for defining a first attribute, said first attribute corresponding to a second attribute which is defined in said first set of instructions, said first attribute to be mapped to substantially the same point on substantially the same graphics object, as said second attribute.</u> ~~generating, in said second set of instructions, instructions for defining at least one attribute, to be mapped to a point on a graphics object, which attribute is more readily identifiable than a~~

~~corresponding attribute, to be mapped to substantially the same point on substantially the same graphics object, is identifiable within the first graphics data.~~

5. (Previously presented)   A method according to claim 1, wherein said first set of instructions comprises graphics texture instructions and wherein said second set of instructions comprises different graphics texture instructions.

6. (Original)   A method according to claim 5, wherein said different graphics texture instructions define at least one texture attribute which is arranged to be substantially unique to an area within an image frame in the second graphics data.

7. (Previously presented)   A method according to claim 5, wherein said method further comprises the step of generating different graphics texture mappings for at least one graphics object.

8. (Previously presented)   A method according to claim 5, wherein said method further comprises the step of performing a projection texture mapping processing for at least one graphics object.

9. (Previously presented)   A method according to claim 1, wherein said method further comprises the step of writing at least part of said second graphics data to a memory cache for at least one graphics object.

10. (Previously presented)   A method according to claim 1, further comprising the steps of inputting said first set of instructions or said second set of instructions to a first graphics processor module to generate said first graphics data, and inputting said second set of instructions to a second, graphics processor module to generate said second graphics data,.

11. (Previously presented)   A method according to claim 1 wherein said step of generating said second set of instructions further comprises the step of generating instructions for processing said first or said second set of instructions from

a point in time corresponding to the present image frame, and a first or a second set of instructions of a different point of time than the point of time of the present image frame, in order to generate said second graphics data.

12. (Previously presented)   A method according to claim 1, wherein the method includes generating, as part of second set of instructions, instructions for storing data processed from said first or second set of instructions corresponding to a point in time, for processing with data processed from said first or second set of instructions corresponding to another point in time in order to generate compression assistance data.

13. (Previously presented)   A method according to  claim 1, wherein the method further comprises the step of storing of at least a part of said first or second set of instructions corresponding to a point of time, for processing with instructions corresponding with another point in time in order to generate second graphic s data.

14. (Previously presented)   A method according to  claim 1, wherein generation of said second set of instructions comprises analyzing said first set of instructions to determine which instructions of said first set of instructions are useful for the generation of compression assistance data.

15. (Previously presented)   A method according to claim 1, wherein generation of said second set of instructions comprises the step of  creating unique signatures for one or more elements of the first set of instructions so as to facilitate the subsequent recognition of said elements.

16. (Previously presented)   A method according to claim 15, wherein said signatures are constructed from information within said second set of instructions.

17. (Currently amended)   Apparatus for generating a compressed video data signal, the apparatus comprising at least one graphics processor module, the apparatus comprising:

a) an instruction interceptor capable of receiving a first set of instructions for a graphics processor module, said first set of instructions relating to how to render image frames and generating an output comprising a second set of instructions for a graphics processor module;

b) a processing function capable of processing said first set of instructions or said second set of instructions in a graphics processor module, said processing function having an output capable of generating ~~a~~ first graphics data, said first graphics data comprising image frames;

c) a processing function capable of processing said second set of instructions, said processing function ~~is~~ being further capable of producing an output comprising ~~a~~ second graphics data;

d) a compression assistance data generator capable of receiving an input comprising said second graphics data and producing an output comprising compression assistance data; and

e) an encoder capable of processing said first graphics data, using said compression assistance data, to generate a compressed video data signal.

18. (Previously presented) Apparatus according to claim 17, comprising a plurality of instruction interceptors, each of which is adapted to input different instructions to different graphics processor modules.

19. (Cancelled)

20. (Previously presented) A method according to claim 4, wherein said first set of instructions comprises graphics texture instructions and wherein said second set of instructions comprises different graphics texture instructions.

21. (Previously presented) A method according to claim 11, wherein generation of said second set of instructions involves analyzing said first set of instructions to determine which of said first set of instructions are useful for the generation of compression assistance data.

22. (Currently amended)    A method according to claim ~~3~~ 1 wherein said step of generating said second set of instructions further comprises the step of generating instructions for processing said first or said second set of instructions from a point in time corresponding to the present image frame, and a first or a second set of instructions of a different point of time than the point of time of the present image frame, in order to generate said second graphics data.

23. (Previously presented)   A method according to claim 4 wherein said step of generating said second set of instructions further comprises the step of generating instructions for processing said first or said second set of instructions from a point in time corresponding to the present image frame, and a first or a second set of instructions of a different point of time than the point of time of the present image frame, in order to generate said second graphics data.

24. (Previously presented)   A method according to claim 14, wherein the method further comprises the step of storing of at least a part of said first or second set of instructions from a point in time corresponding to the present image frame, for processing with instructions of a different point of time than the point of time of the present image frame in order to generate second graphics data.

25. (Previously presented)   A method according to claim 11, wherein the method includes generating, as part of second set of instructions, instructions for storing data processed from said first or second set of instructions from a point in time corresponding to the present image frame, for processing with data processed from said first or second set of instructions of a different point of time than the point of time of the present image frame in order to generate compression assistance data.

26. (Previously presented)   A method according to claim 5, wherein said method further comprises the step of writing at least part of said second graphics data to a memory cache for at least one graphics object .

27. (Previously presented)  A method according to claim 8, wherein said method further comprises the step of writing at least part of said second graphics data to a memory cache for at least one graphics object .

28. (Previously presented)  A method according to claim 12, wherein generation of said second set of instructions involves analyzing said first set of instructions to determine which of the said first set of instructions are useful for the generation of compression assistance data.

**REMARKS**

1) Applicant thanks the Examiner for his office action and hopes that this response will further the understanding of applicant's invention. The Office Action mailed on July 06, 2007 has been carefully reviewed, and these remarks are responsive thereto.

2) Claims 1,2, and 4-18, and 20-28 are pending in the application, and stand rejected. Claims 1, 4, 17 and 22 were amended. Claim 3 was cancelled without prejudice, and its limitations were incorporated into claims 1 and 17. Claim 19 was cancelled for its dependence on cancelled claim 3, and claim 4 presently incorporates its features.

3) Claim 2 stands rejected under 35 U.S.C. §112 second paragraph as being indefinite for including the term 'less processing power'. However, relative terminology, in and of itself, does not render the claim indefinite *(Seattle Box Co., v. Industrial Crating & Packing, Inc., 731 F.2d 818, 221 USPQ 568 (Fed. Cir. 1984))*. Applicant respectfully submits that the term processing power is well recognized in the art. In a simple form, if a first set of instructions will take less time to be executed than a second set of instructions, while executing on the same hardware, the first set will be clearly recognized to require less processing power. Therefore applicant respectfully requests that the rejection of claim 2 will be reconsidered and withdrawn.

4) Claims 4, 20, and 23 stand rejected under 35 U.S.C. §112 second paragraph as being indefinite. While applicant respectfully disagrees with the Office position that the language originally filed was indefinite, applicant amended claim 4 to read equivalently to the previously presented claim in hope to further clarify the claim. Dependent claims 20 and 23, were implicitly amended as well as they incorporate all the limitations of claim 4.

5) Applicant amended Claims 1 and 17. Each of claims 1 and 17 have been amended to incorporate the features of previously presented claim 3, which has been cancelled. Additionally, the "first set of instructions for a graphics processor module" has been specified to be instructions which "relate to how to render image frames". Support for the features included in the claims as amended may

6)  be found at least in the paragraph bridging pages 25 and 26 of the PCT specification as published, as well as in Figure 6, and elsewhere in the application as a whole.

6)  Claims 1, 3, 9-12, 14, 17, 18, 21-26 stand rejected under 35 U.S.C. § 102(b) as being anticipated by U.S. Pat. No. 6,292,589 to Chow et al.  Applicant respectfully submits that each of independent claims 1 and 17 as presented are distinguished over Chow et al.

7)  The invention as defined in claims 1 and 17 relates to a novel arrangement which intercepts instructions issued by software that define how an image should be created and exploits that information to improve the compression of that rendered image.

8)  In contrast, Chow et al. has nothing to do with instructions that render images nor exploiting such information to improve compression. Chow et al. is simply a technique of improving one step in standard MPEG compression that is not unique to synthetically created images.  The raw video which is input into the system is not akin to a set of instructions for a graphics processor module that relate to how to render image frames, but rather the image frames themselves ("Raw Video").  Hence, Chow et al has no relationship whatsoever with the process of creating the original image.

Claim 1 recites the following steps:
  a)  receiving a first set of instructions for a graphics processor module said first set of instructions relating to how to render image frames;
  b)  intercepting said first instructions and generating a second set of instructions for a graphics processor module;
  c)  processing said first set of instructions or said second set of instructions in a graphics processor module to generate first graphics data, said first graphics data comprising  image frames;
  d)  processing said second set of instructions to generate second graphics data;
  e)  processing said second graphics data to generate compression assistance data; and

    f)   processing said first graphics data, using said compression assistance data, to generate a compressed video data signal.

The Office refers to Figure 3 of Chow et al. and equates (a) to Raw Video; (b) and (c) to Decimate and Filter; (d) to Motion Estimate; (e) to Scene Characterization; and (f) to Encode and Buffer Control:



FIG. 3

——— HIGH BANDWIDTH DATA (1 TO 4 MBYTES/SEC)
·········· LOW BANDWIDTH DATA (<.5 MBYTES/SEC)

9) The Chow et al. arrangement as shown in Figure 3 is a standard MPEG compression system. The input to the system is pre-tendered, "raw" video. There is no interaction with computer instructions for rendering image frames which are used to create the original video that is to be compressed.

10) However, the present invention relates to an arrangement whereby the images to be compressed have been synthetically created, such as by video games software, and the instructions used for rendering the synthetically created video are intercepted and used to create image compression assistance data. This is an entirely different concept to that presented by Chow et al. Chow et al. accepts raw video, while the present invention accepts instructions for rendering video frames.

Hence, claim 1 is clearly patentably distinct from Chow et al.

11) Similar comments to the above apply in relation to independent claim 17 as presented.

12) The remaining pending claims each depend directly or indirectly from claims 1 and 17.  They incorporate all of the limitations of the claim from which they depend.  Accordingly, these claims are each allowable for at least the same reasons as their respective independent claims, as well as for their other novel features.

13) Claims 5, 6, 7, 8 and 27 stand rejected under 35 U.S.C. § 103(a) as being obvious over U.S. Pat. No. 6,292,589 to Chow et al., in view of Wallach et al. ("Accelerated MPEG Compression of Dynamic Polygonal Scenes").  Claims 15 and 16 stand rejected under 35 U.S.C. § 103(a) as being obvious over U.S. Pat. No. 6,292,589 to Chow et al., in view of U.S. Pat. No. 6,664,969 to Emerson et al.

14) In view of the introduction of the subject-matter of original claim 3 into each of the independent claims, these claim rejections Under 35 U.S.C. § 103(a) are moot.

15) Applicant respectfully submits that, in view of the discussion of each of independent claims 1 and 17 above, from which all of claims 5, 6, 7, 8, 15, 16 and 27 are dependent, these claims are distinguishable over the art made of record, and that the rejections based on these references should be withdrawn accordingly.

16) Applicant has made a good faith effort to address each and every point made by the Examiner, and amended the claim in order to place the application in condition for allowance.   Should the Examiner find any deficiency in this amendment or in the application, or should the Examiner believe for any reason, that a conversation with applicant's agent may further the allowance and issuance of this application, the Examiner is kindly requested to contact Shalom Wertsberger at telephone (207) 799-9733.

17) In light of the showing and all other reasons stated above, applicant believes that the rejections and objections presented by the Examiner in the office action mailed to applicant Jul 6, 2007 were overcome.  Applicant therefore submits that the claims as amended are in condition for allowance.  Reconsideration and withdrawal of the rejection and issue of a notice of allowance on all pending claims is respectfully solicited.

Respectfully submitted

/Shalom Wertsberger/

<u>Shalom Wertsberger</u>
Reg. Num 43,359
30 Fern Lane
South Portland, ME 04106
Phone: (207) 799-9733
Fax: (207) 767-5324
Agent for Applicant