UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 24-cv-62093-EA-PAB

T5.2 LTD.,

    Plaintiff,

v.

CITRIX SYSTEMS, INC.

    Defendant.

_____/

### UNOPPOSED MOTION OF PLAINTIFF T5.2 LTD. FOR EXTENSION OF TIME TO FILE RESPONSE TO CITRIX SYSTEMS, INC.'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS

Plaintiff T5.2 Ltd. ("T5.2"), by and through its undersigned counsel, respectfully files this Unopposed Motion requesting that this Court extend the deadline for filing T5.2's Response to Citrix Systems, Inc.'s Motion for Leave to Amend Its Invalidity Contentions **to and including January 7, 2026**.

On December 17, 2025, Citrix filed it's Motion for Leave to Amend Its Invalidity Contentions. Considering the intervening holidays, T5.2 respectfully requests that this Court extend the deadline to file the response by seven days, **to and including January 7, 2026**, to allow T5.2 adequate time to prepare its response to Citrix's Motion for Leave to Amend Its Invalidity Contentions. Defendant Citrix Systems, Inc. does not oppose the relief requested in this Motion.

The requested extension does not require the extension of any other deadlines set forth

1

in the Scheduling Order, including the deadline to file dispositive motions or the current trial setting; and T5.2 does not anticipate that it will need to seek a further extension of the deadline for filing the response to Citrix's Motion for Leave to Amend Its Invalidity Contentions. Therefore, T5.2 submits that good cause exists to grant this Unopposed Motion as it is made in good faith and not to delay these proceedings, and the requested extension is reasonably necessary to allow T5.2 sufficient time to prepare its response.

Accordingly, T5.2 respectfully requests that this Court enter an order (1) granting this Unopposed Motion; and (2) extending the deadline to file its Response to Citrix's Motion for Leave to Amend Its Invalidity Contentions to and including Wednesday, January 7, 2026.

A proposed order granting this Motion is attached hereto as Exhibit 1.

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

The undersigned certifies that the Parties conferred on December 22, 2025, and Defendant does not oppose the relief sought by this Motion.

Dated: December 23, 2025

Respectfully submitted,

*/s/ Alexander D. Brown*

**THE CONCEPT LAW GROUP, P.A.**
Alexander D. Brown, Esq.
Florida Bar Number: 752665
abrown@conceptlaw.com
Scott D. Smiley, Esq.
Florida Bar Number: 678341
scott@conceptlaw.com
Robert C. Kain, Esq.
Florida Bar Number: 266760
rkain@conceptlaw.com
The Concept Law Group, P.A.
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, FL 33309
Telephone: (754) 300-1500

**DINOVO PRICE LLP**
Adam G. Price, Esq.
Admitted *pro hac vice*
aprice@dinovoprice.com
Christopher V. Goodpastor, Esq.
Admitted *pro hac vice*
cgoodpastor@dinovoprice.com
Gregory S. Donahue, Esq.
Admitted *pro hac vice*
gdonahue@dinovoprice.com
Gabriel R. Gervey, Esq.
Admitted *pro hac vice*
ggervey@dinovoprice.com
Michael D. French, Esq.
Admitted *pro hac vice*
mfrench@dinovoprice.com
DiNovo Price LLP
7000 N. MoPac Expressway, Suite 350
Austin, TX 78731
Telephone: (512) 727-6691

**ATTORNEYS FOR PLAINTIFF T5.2 LTD.**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: */s/ Alexander D. Brown*

## SERVICE LIST

| | | |
|---|---|---|
| Ardith Bronson, Esq.<br>Jose M. Espinoza, Esq.<br>**DLA PIPER LLP (US)**<br>**200 South Biscayne Boulevard**<br>**Suite 2500**<br>**Miami, Florida 33131**<br>(e):<br>ardith.bronson@us.dlapiper.com<br>(e):<br>jose.espinoza@us.dlapiper.com | Ankur Desai, Esq.<br>(Admitted *Pro Hac Vice*)<br>**DLA PIPER LLP (US)**<br>**500 Eighth Street, NW**<br>**Washington, DC 20004**<br>(e):<br>ankur.desai@us.dlapiper.com<br><br>-and- | Mary Dahl, Esq.<br>(Admitted *Pro Hac Vice*)<br>**DLA PIPER LLP (US)**<br>**3203 Hanover Street,**<br>**Suite 100**<br>**Palo Alto, CA 94304**<br>(e):<br>mary.dahl@us.dlapiper.com |
| Nandan Padmanabhan, Esq.<br>(Admitted *Pro Hac Vice*)<br>**DLA PIPER LLP (US)**<br>**2000 Avenue of the Stars**<br>**Suite 400 North Tower**<br>**Los Angeles, CA 90067**<br>(e):<br>nandan.padmanabhan@us.dlapiper.com | Michael G. Strapp, Esq.<br>(Admitted *Pro Hac Vice*)<br>Safraz Ishmael, Esq.<br>(Admitted *Pro Hac Vice*)<br>**DLA PIPER LLP (US)**<br>**33 Arch Street, 26th Floor**<br>**Boston, MA 02110**<br>(e):<br>michael.strapp@us.dlapiper.com<br>(e):<br>safraz.ishmael@usdlapiper.com | |

Respectfully submitted,

**THE CONCEPT LAW GROUP, P.A.**
*Counsel for Plaintiff*
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309
(t): 754.300.1500
(f): 754.300.1501

By:*/s/ Alexander D. Brown*
Alexander D. Brown, Esq. (FBN: 752665)
(e): abrown@conceptlaw.com
Scott D. Smiley, Esq. (FBN: 678341)
(e): scott@conceptlaw.com
Robert C. Kain, Esq (FBN: 266760)
(e): rkain@conceptlaw.com