UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**Case No.: 24-cv-62093-EA-PAB**

T5.2 LTD.,

      Plaintiff,

v.

CITRIX SYSTEMS, INC.

      Defendant.

_____/

**[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION FOR EXTENSION OF TIME**

      THIS CAUSE came before this Court on Plaintiff's Unopposed Motion for Extension of Time to File Response to Citrix Systems, Inc.'s Motion for Leave to Amend Its Invalidity Contentions ("Plaintiff's Motion for Extension of Time"). This Court has considered the Motion, pertinent portions of the record, and applicable law and is otherwise fully advised in the premises. After careful consideration, and good cause shown,

      it is **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Extension of Time is **GRANTED.**

2. Plaintiff has **until and including Wednesday, January 7, 2026,** to file its Response to Citrix Systems, Inc.'s Motion for Leave to Amend Its Invalidity Contentions.

**DONE AND ORDERED** this ___ day of December 2025.

_____
ED ARTAU
UNITED STATES DISTRICT JUDGE