UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 24-cv-62093-ARTAU

T5.2 LTD.,

    Plaintiff,

v.

CITRIX SYSTEMS, INC.

    Defendant.
_____/

## DEFENDANT CITRIX SYSTEMS, INC.'S NOTICE OF ELECTRONIC AND CONVENTIONAL SUBMISSION OF TECHNOLOGY TUTORIAL

Defendant Citrix Systems, Inc. ("Citrix"), by and through undersigned counsel, respectfully files this Notice that on December 29, 2025, it submitted an electronic version (.mp4) of Citrix's technology tutorial to this Court via a ShareFile link sent to artau@flsd.uscourts.gov, with a copy to all Counsel of Record. Contemporaneously with this Notice, Citrix will mail a USB drive containing Citrix's technology tutorial via overnight delivery service to the Chambers of the Honorable Ed Artau, United States District Judge.

**[BALANCE OF PAGE INTENTIONALLY LEFT BLANK]**

| | |
|---|---|
| Dated: December 29, 2025 | Respectfully submitted, |
| | **DLA PIPER LLP (US)** |
| | /s/ *Jose M. Espinosa* |
| | Ardith Bronson, Esq. |
| | Florida Bar Number: 423025 |
| | ardith.bronson@us.dlapiper.com |
| | Jose M. Espinosa, Esq. |
| | Florida Bar Number: 1030890 |
| | jose.espinosa@us.dlaiper.com |
| | DLA PIPER LLP (US) |
| | 200 South Biscayne Boulevard |
| | Suite 2500 |
| | Miami, Florida 33131 |
| | Telephone: (305) 423-8504 |
| | |
| | Michael G. Strapp, Esq. |
| | Admitted *pro hac vice* |
| | Michael.strapp@us.dlapiper.com |
| | Safraz Ishamel, Esq. |
| | Admitted *pro hac vice* |
| | safraz.ishmael@us.dlapiper.com |
| | DLA Piper LLP (US) |
| | 33 Arch Street, 26th Floor |
| | Boston, MA 02110 |
| | Telephone: (617) 406-6031 |
| | |
| | Ankur Desai, Esq. |
| | Admitted *pro hac vice* |
| | ankur.desai@us.dlapiper.com |
| | DLA Piper LLP (US) |
| | 500 Eight Street, NW |
| | Washington, D.C. 20004 |
| | Telephone: (202) 799-47 |
| | |
| | Nandan Padmanabhan, Esq. |
| | Admitted *pro hac vice* |
| | Nandan.padmanabhan@us.dlapiper.com |
| | DLA Piper LLP (US) |
| | 2000 Avenue of the Starts |
| | Suite 400 North Tower |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 595-3082 |

Mary Dahl, Esq.
Admitted *pro hac vice*
Mary.dahl@us.dlapiper.com
DLA Piper LLP (US)
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 833-2000

Matthew Middleton, Esq.
Admitted *pro hac vice*
Matthew.middleton@us.dlapiper.com
DLA Piper LLP (US)
1201 N. Market St., Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5675

*Counsel for Defendant Citrix Systems, Inc.*