UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:24-cv-62093-ARTAU

**T5.2 LTD.,**

      **Plaintiff,**

**v.**

**CITRIX SYSTEMS, INC.**

      **Defendant.**

## PLAINTIFF'S NOTICE OF ELECTRONIC AND CONVENTIONAL SUBMISSION OF TECHNOLOGY TUTORIAL

Plaintiff, T5.2 LTD., by and through the undersigned counsel, hereby submits an electronic version of its technology tutorial to this Court as an attachment (Exhibit A) to this Notice, and separately via a Hightail link sent to artau@flsd.uscourts.gov, with a copy to all Counsel of Record. Contemporaneously with this Notice, Plaintiff will also mail a USB drive containing its technology tutorial to the Chambers of the Honorable Ed Artau, United States District Judge.

**Dated: December 29, 2025**

Respectfully Submitted,

                                                      **THE CONCEPT LAW GROUP, P.A.**

                                                      */s/Alexander D. Brown*
                                                      Alexander D. Brown, Esq. (FLA BAR #752665)
                                                      abrown@conceptlaw.com
                                                      Scott D. Smiley, Esq. (FLA BAR #678341)
                                                      scott@conceptlaw.com
                                                      Robert C. Kain, Esq. (FLA BAR #266760)
                                                      rkain@conceptlaw.com
                                                      6400 N. Andrews Ave., Suite 500
                                                      Fort Lauderdale, FL 33309
                                                      Telephone: (754) 300-1500

                                **DINOVO PRICE LLP**

                                Adam G. Price, Esq. (*Pro Hac Vice*)
aprice@dinovoprice.com
Christopher Goodpastor, Esq. (*Pro Hac Vice*)
cgoodpastor@dinovoprice.com
Gregory S. Donahue, Esq. (*Pro Hac Vice*)
gdonahue@dinovoprice.com
Gabriel R. Gervey, Esq. (*Pro Hac Vice*)
ggervey@dinovoprice.com
Michael D. French, Esq. (*Pro Hac Vice*)
mfrench@dinovoprice.com
7000 N. MoPac Expressway, Suite 350
Austin, TX 78731
Telephone: (512) 727-6691

*Counsel for Plaintiff T5.2 LTD.*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on Monday, December 29, 2025, which will send notification of such filing to all counsel of record.

                                /s/ Alexander D. Brown/
                                *Counsel for Plaintiff*