# T5.2 LTD Technology Tutorial

## T5.2 LTD.  v.  Citrix Systems, Inc.

**Case No. 0:24-cv-62093-EA-PAB**

Southern District of Florida

West Palm Beach Division

# Asserted Patents

## '146 Patent


## '147 Patent


## '192 Patent


## '285 Patent


## '490 Patent


## '568 Patent


## '621 Patent


## '922 Patent


# The '147 and '568 Patents

## '147 Patent

### CENTRALISED INTERACTIVE GRAPHICAL APPLICATION SERVER



## '568 Patent

### SHARING A GRAPHICAL PROCESSING UNIT BETWEEN A PLURALITY OF PROGRAMS



# Technology Overview:
# Problems In The Art

# Problems In The Art





# Problems In The Art



## Hardware Expense and Obsolescence

The latest games software requires machines with powerful processors and graphics renderers. Each new release of software taxes the capabilities of the hardware to its limits obliging the owner of the hardware to suffer the expense of having to regularly update or replace their hardware.

'147 Patent,  1:12-16

# Problems In The Art



## Different Hardware Platforms

A further problem with the typical situation is that there are a number of different hardware platforms. A game that runs on the Sega Dreamcast™ will largely need to be re-written to run on a PC or Sony Playstation™. It is therefore expensive for a game developer to fully exploit the market potential of a game whilst consumers must own the appropriate hardware before being able to enjoy a particular game.

'147 Patent, 1:17-23

7

# Problems In The Art

**Central Server**



> This invention relates to operation of interactive software such as games software and in particular object identification and motion estimation in image compression for improved hosting of the software on a centralised computer platform.

'147 Patent, 1:4-7

> Instead of each user having their own 'intelligent' devices that are capable of rendering the complex graphics of modern games, the processing is undertaken at a central server. The

'147 Patent, 2:10-12

# Problems In The Art

**Central Server**



## Quality Of Compression

> However, to make such a system work there are two technical problems that have to be overcome:
>
> quality of compression: the images have to be heavily compressed so as to be able to be transmitted over the typical domestic broadband network such as cable TV or DSL; and

'147 Patent,  2:39-44

# Problems In The Art

**Central Server**



## Network Latency And Bandwidth

> network latency: the compression system has to work very
> quickly. The delay between the user pressing a control,
> the associated command being processed by the server,
> the new scene being calculated, compressed, transmitted
> and then decompressed, has to be negligible to the user.

'147 Patent, 2:45-49

# Problems In The Art



## Inefficient Server Hardware

- Existing server solutions required dedicated Graphics Processing Unit (GPU) for every single user to render the graphics

- This increased costs, space, power consumption, and cooling requirements

- Centralized hosting was commercially difficult

11

# Technology Overview:
# Solution

# Technology Solution



This invention relates to operation of interactive software such as games software and in particular object identification and motion estimation in image compression for improved hosting of the software on a centralised computer platform.

'147 Patent, 1:4-7

# Technology Solution

**Central Server**





### 1. **Compression Assistance**

Compression is the process of reducing file sizes by removing redundant data, making them easier to store, stream, and share, typically using algorithms

### 2. **GPU Sharing**

GPU sharing lets multiple users or applications use one physical Graphics Processing Unit (GPU) by dividing its resources, boosting efficiency and reducing costs

# Technology Solution

**Central Server**





## Benefits Of The Technology

- **Better compression:** data and visuals are displayed in real time, no frustrating buffering, creating a better user experience

- **Reduced Network Latency:** By accelerating the compression process the delay between a user's action and the screen update is minimized

- **Compatibility:** The solution operates on standard hardware and does not require the interactive applications to be specially written

- **Hardware Efficiency:** Service providers can serve multiple users using fewer GPUs, significantly reducing hardware investment and power, space, and cooling requirements

15

# Technology Overview:
# Solution - Compression Assistance

# The "Brute Force" Bottleneck: The Problem with Pixel Comparison

## Prior Art Compression Relies on Pixel-by-Pixel Comparison



# The "Brute Force" Bottleneck: The Problem with Pixel Comparison

## Prior Art Compression Relies on Pixel-by-Pixel Comparison



1280  X  1024  =  **1,310,720** Pixels per frame

30 frames per second

**39,321,600** Pixels per second

# The "Brute Force" Bottleneck: The Problem with Pixel Comparison

## Prior Art Compression Relies on Pixel-by-Pixel Comparison



In conventional motion estimation the screen is divided into blocks and then compared with blocks of the previous frame, looking for as close a match as possible. Once identified, instead of transmitting the entire block a signal can be transmitted to the decoder that a particular block can be found in a previously transmitted frame but at a given offset from where it should appear in the new frame. This offset is called a motion vector.

Each of these blocks can be just 8×8 pixels. To conduct a search the encoder would first have to look at an offset of just one pixel to the left, subtract each of the 64 pixels of that block from those of the test block, then move one pixel to the left and one pixel up, and subtract all 64 pixels again and compare the results. In a fast moving scene, the offset could be say, 100 pixels away in any direction. This process is thus computationally intensive.

'147 Patent, 11:4-20

19

# The "Brute Force" Bottleneck: The Problem with Pixel Comparison

## Prior Art Compression Relies on Pixel-by-Pixel Comparison

### Frame 2



1280

1024

In conventional motion estimation the screen is divided into blocks and then compared with blocks of the previous frame, looking for as close a match as possible. Once identified, instead of transmitting the entire block a signal can be transmitted to the decoder that a particular block can be found in a previously transmitted frame but at a given offset from where it should appear in the new frame. This offset is called a motion vector.

Each of these blocks can be just 8×8 pixels. To conduct a search the encoder would first have to look at an offset of just one pixel to the left, subtract each of the 64 pixels of that block from those of the test block, then move one pixel to the left and one pixel up, and subtract all 64 pixels again and compare the results. In a fast moving scene, the offset could be say, 100 pixels away in any direction. This process is thus computationally intensive.

'147 Patent,  11:4-20

20

# The "Brute Force" Bottleneck: The Problem with Pixel Comparison

## Prior Art Compression Relies on Pixel-by-Pixel Comparison



Motion Estimation

The most ==computationally intensive== element of MPEG-4 compression is '==motion estimation' which consumes between 50% and 80% of the processing power.==

One of the methods of compressing moving video is in looking for similarities between subsequent frames of video. In an example of a person walking across a field, if the camera is still, then for each frame of video the field will be almost identical. The major changes would occur between where the person was in one frame and where he appears a split second later in the subsequent frame.

In conventional motion estimation the screen is divided into blocks and then compared with blocks of the previous frame, looking for as close a match as possible. Once identified, instead of transmitting the entire block a signal can be transmitted to the decoder that a particular block can be found in a previously transmitted frame but at a given offset from where it should appear in the new frame. This offset is called a motion vector.

Each of these blocks can be just 8×8 pixels. To conduct a search the encoder would first have to look at an offset of just one pixel to the left, subtract each of the 64 pixels of that block from those of the test block, then move one pixel to the left and one pixel up, and subtract all 64 pixels again and compare the results. In a fast moving scene, the offset could be say, 100 pixels away in any direction. This process is thus ==computationally intensive.==

'147 Patent, 10:60-11:20

21

# The "Brute Force" Bottleneck: The Problem with Pixel Comparison

## Prior Art Compression Relies on Pixel-by-Pixel Comparison

Overall, a first problem with the known approaches is that they assume that the transformations of vertices are done on a Central Processing Unit (CPU) so that the results are stored in local memory and are easily extracted. This means that a game has to have routines enmeshed in it to perform the compression-related tasks. It would be advantageous not to need to have specially written game code.

A second problem, when a GPU is used, is that because the GPU doesn't naturally store the results of the vertex transformation process special techniques are required to extract and store that data.

It would be advantageous to provide a system that is capable of being realised using standard components in a modular fashion to produce a commercially viable solution to these problems.

'147 Patent, 3:21-35

22

# The "Brute Force" Bottleneck: The Problem with Pixel Comparison



Fig. 6

Patented Solution:
Instruction Analysis

'147 Patent, Fig 6

23

# Solution - Analysis of Graphics Instructions



Fig. 6

’147 Patent, Fig 6

FIG. **6** schematically illustrates features of an embodiment of a single game server in the bank **50** of game servers. User input **64** comes in through a network interface **70** into a central processing unit (CPU) **72** of a conventional personal computer (PC), on which is running a conventional PC game program. The game programs sends a first set of graphics instructions to a first graphics processing unit (GPU**1**) **76** which is intercepted by an instruction interception module **74**, which may be embodied as a software wrapper or hardware form. The first set of instructions, including vertex data, transformation data and texture data are passed to GPU**1** **76** whilst a specially manipulated version of the instructions is generated and passed to a second graphics processing unit (GPU**2**) **78**. Both the GPUs may be provided on a common graphics card. GPU**1** **76** renders the image data as the game intended whilst GPU**2** **78** is used to render specially adapted graphics data from which to extract compression assistance data used for compression, e.g. motion vectors. Each image frame is to

’147 Patent, 15:44-61

24

# Solution - Analysis of Graphics Instructions



Fig. 6

'147 Patent, Fig 6

FIG. **6** schematically illustrates features of an embodiment of a single game server in the bank **50** of game servers. User input **64** comes in through a network interface **70** into a central processing unit (CPU) **72** of a conventional personal computer (PC), on which is running a conventional PC game program. The game programs sends a first set of graphics instructions to a first graphics processing unit (GPU**1**) **76** which is intercepted by an instruction interception module **74**, which may be embodied as a software wrapper or hardware form. The first set of instructions, including vertex data, transformation data and texture data are passed to GPU**1** **76** whilst a specially manipulated version of the instructions is generated and passed to a second graphics processing unit (GPU2) **78**. Both the GPUs may be provided on a common graphics card. GPU**1** **76** renders the image data as the game intended whilst GPU**2** **78** is used to render specially adapted graphics data from which to extract compression assistance data used for compression, e.g. motion vectors. Each image frame is to

'147 Patent, 15:44-61

# Solution - Analysis of Graphics Instructions



Fig. 6

'147 Patent, Fig 6

FIG. **6** schematically illustrates features of an embodiment of a single game server in the bank **50** of game servers. User input **64** comes in through a network interface **70** into a central processing unit (CPU) **72** of a conventional personal computer (PC), on which is running a conventional PC game program. The game programs sends a first set of graphics instructions to a first graphics processing unit (GPU1) **76** which is intercepted by an instruction interception module **74**, which may be embodied as a software wrapper or hardware form. The first set of instructions, including vertex data, transformation data and texture data are passed to GPU1 **76** whilst a specially manipulated version of the instructions is generated and passed to a second graphics processing unit (GPU2) **78**. Both the GPUs may be provided on a common graphics card. GPU1 **76** renders the image data as the game intended whilst GPU2 **78** is used to render specially adapted graphics data from which to extract compression assistance data used for compression, e.g. motion vectors. Each image frame is to

'147 Patent, 15:44-61

# Solution - Analysis of Graphics Instructions



Fig. 6

'147 Patent, Fig 6

found in the previous image frame. A Digital Signal Processing unit (DSP) **84** uses the compression assistance data from GPU**2** to compress the image data from GPU**1**, using a known video compression algorithm, such as MPEG-4, and passes the resulting compressed video stream **86** to the CPU **72** for transmission across the network **54**. Handshake signaling **88**

'147 Patent, 15:64-16:261

# Technology Overview:
# Solution - GPU Sharing

# Solution - GPU Sharing



# Solution - GPU Sharing



**GPU**

1. **Control instructions**

2. **Memory isolation**

3. **Time slicing**

4. **Signaling the encoder**

5. **Capability masquerading**

# Solution - GPU Sharing



**GPU**

## 1. **Control instructions**

## 2. Memory isolation

## 3. Time slicing

## 4. Signaling the encoder

## 5. Capability masquerading

providing control instructions to control how the GPU processes instructions of the first set of instructions and instructions of the second set of instructions;

'568 Patent, 21:51-53

# Solution – GPU Sharing



**GPU**

1. Control instructions

2. **Memory isolation**

3. Time slicing

4. Signaling the encoder

5. Capability masquerading

graphics processor hardware. In this scenario, the graphics processors could be clocked to render frames more quickly than the final display rate and the ==results stored in buffer memory in a series of adjacent, non-overlapping locations for the encoder to work on.== Handshake signaling between the encoder and the instruction interception module would coordinate the processes.

'568 Patent, 10:64-11:3

# Solution – GPU Sharing



**GPU**

1. Control instructions

2. Memory isolation

3. **Time slicing**

4. Signaling the encoder

5. Capability masquerading

> Alternatively, the function of more than one graphics processor module may be implemented on a single dedicated graphics processor, for example using a multiple time slice processing scheme.

'568 Patent, 6:38-41

# Solution – GPU Sharing



**GPU**

1. Control instructions

2. Memory isolation

3. Time slicing

4. **Signaling the encoder**

5. Capability masquerading

A graphics processor module may be shared between one or more compression sub-systems. A single dedicated graphics processor may be clocked to render frames at a higher frequency than the final display rate.

Preferably, rendered frames are stored in a buffer memory for the encoding function to process.

Handshake signaling may be used between the encoding function and the instruction interception module to co-ordinate the process.

'568 Patent, 6:42-50

34

# Solution – GPU Sharing



**GPU**

1. Control instructions

2. Memory isolation

3. Time slicing

4. Signaling the encoder

5. **Capability masquerading**

The first is that when the host game program interrogates the device driver of the GPU to ask what capabilities it has, the process can state that the GPU has a smaller VS program store and fewer registers to store variables than that GPU actually supports.

'568 Patent, 19:55-59

analysing the vertex shader program and altering it so as to isolate only those instructions and data that influence the vertex positions themselves
lie to the host games program when it interrogates the GPU for its capabilities

'568 Patent, 20:58-61

35

# Solution - GPU Sharing



**GPU**

1. **Control instructions**

2. **Memory isolation**

3. **Time slicing**

4. **Signaling the encoder**

5. **Capability masquerading**

Combining these functionalities, GPU sharing enables multiple distinct programs to utilize a single GPU without data corruption or errors

# Summary

**Improved Centralized Interactive Graphical Application Servers**

1. Compression Assistance

2. GPU Sharing

Thank You