**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:24-cv-62093-CIV-ARTAU**

**T5.2 LTD.,**

        **Plaintiff,**

**v.**

**CITRIX SYSTEMS, INC.**

        **Defendant.**

_____/

## AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to the Order Setting Trial, Calendar Call, Pretrial Deadlines, and Pretrial Procedures (Dkt. 80), Plaintiff T5.2 Ltd. ("T5.2") and Defendant Citrix Systems, Inc. ("Citrix") hereby provide their Amended Joint Claim Construction and Prehearing Statement ("Amended Joint Statement"). This Amended Joint Statement addresses the agreed and disputed claim terms and phrases from the asserted claims of the eight asserted patents: U.S. Patent Nos. 7,916,147 (the '147 patent), 8,081,192 (the '192 patent), 8,203,568 (the '568 patent), 8,466,922 (the '922 patent), 9,113,146 (the '146 patent), 9,117,285 (the '285 patent), 9,424,621 (the '621 patent), and 9,852,490 (the '490 patent) (collectively, "the asserted patents"). The Parties have agreed not to address indefiniteness issues at the *Markman* stage, which removes three disputed terms (Nos. 6, 8, and 16) for the purposes of the *Markman* proceeding, but instead will defer these arguments to later in the case. (ECF No. 126 at 2).

## I.    AGREED CLAIM CONSTRUCTIONS

The parties agree to the following construction:

| Claim Term | Agreed Construction |
|---|---|
| graphics processor module (GPM)<br><br>'147 patent claims 1, 13, 21, 22 | one or more GPUs |

| '192 patent claims 1, 14<br>'285 patent claims 1, 3, 9, 10, 13, 15, 17, 19, 22, 24, 25, 26 | |
|---|---|
| wrapper<br><br>'568 patent claims 5, 8, 12, 15<br>'922 patent claims 3, 7, 15, 19, 27, 31, 37, 41<br>'146 patent claims 13, 14, 31<br>'621 patent claim 4 | software, with well-defined interfaces, that encapsulates and hides other software |
| frame<br><br>'568 patent claims 1, 4, 11<br>'922 patent claims 8, 21, 22, 26, 30, 36, 40<br>'285 patent claims 13, 27 | a single image that can be displayed in sequence with other images to form video |

In addition, the parties take the preliminary position that, except where the term includes another term that is subject to claim construction as set forth in the claim construction chart above and/or in Exhibit A, no other construction is necessary for the below-listed terms at this time and the below-listed terms should be otherwise accorded their plain and ordinary meanings. However, should it later become apparent in the litigation that the parties dispute the plain and ordinary meaning of any of the below-listed terms, the parties reserve the right to bring any such dispute to the Court for resolution.

- "first graphics data"

- "second graphics data"

- "analyzing said first set of instructions to determine which instructions of said first set of instructions are useful for the generation of compression assistance data"

- "analyzing the graphics instructions to determine which of the graphics instructions are useful for generation of compression assistance data"

- "less data processing power"

- "at least a portion of the second set of instructions is configured to be responsive to one or more constraints issued by the encoder"

- "its relative position between frames"

- its relative position between two different points of time"

- "determining at least one change in at least one pixel of the first plurality of pixels between two different points in time"

- "determining at least one difference in at least one pixel of the plurality of pixels between two different points in time"

- "determining at least one similarity between at least one pixel of the plurality of pixels between two different points in time"

- "wherein the steps of modifying are performed to facilitate the generation of the plurality of the compressed image data transmissions"

- "wherein the step of modifying facilitates the generation of the compressed image data transmission"

- "said first attribute to be mapped to substantially the same point on substantially the same graphics object, as said second attribute"

- "graphics processing unit (GPU)"

- "co-ordinate associated with the image data"

- "object"

## II.     DISPUTED CLAIM CONSTRUCTIONS

Exhibit A sets forth the disputed claim terms, each party's proposed claim construction for each disputed claim term, and an identification of any extrinsic evidence known to the party on which it intends to rely to support its position, including, but not limited to, as permitted by law,

dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses.

For purposes of the claim construction briefing and hearing, Plaintiff and Defendant reserve the right to object to and/or amend the grouping and order of the disputed claim terms, phrases, or clauses reflected in the Chart attached as Exhibit A. The Parties expressly reserve the right to rely on any intrinsic and extrinsic evidence identified by the other side, and any evidence that may be obtained through discovery.

## III.    OTHER ISSUES

Pursuant to the Order Setting Trial, Calendar Call, Pretrial Deadlines, and Pretrial Procedures (Dkt. 80), the parties were required to disclose on October 6, 2025 "any extrinsic evidence, including identifying any expert witnesses they may rely on for claim construction and the scope of the topics of the experts' expected testimony." Citrix will therefore object to and move to strike any extrinsic evidence from T5.2 that was not disclosed in T5.2's October 6 disclosure.

Dated: March 5, 2026
Respectfully submitted,

| | |
|---|---|
| /s/ Alexander D. Brown | /s/ Jose M. Espinosa |
| Alexander D. Brown, Esq. | Ardith Bronson, Esq. |
| FLA Bar No. 752665 | Florida Bar Number: 423025 |
| abrown@conceptlaw.com | ardith.bronson@us.dlapiper.com |
| Scott D. Smiley, Esq. | Jose M. Espinosa, Esq. |
| FLA Bar No. 678341 | Florida Bar Number: 1030890 |
| scott@conceptlaw.com | jose.espinosa@us.dlaiper.com |
| Robert C. Kain, Esq. | DLA PIPER LLP (US) |
| FLA Bar No. 266760 | 200 South Biscayne Boulevard |
| rkain@conceptlaw.com | Suite 2500 |
| THE CONCEPT LAW GROUP, P.A. | Miami, Florida 33131 |
| 6400 N. Andrews Ave., Suite 500 | Telephone: (305) 423-8562 |
| Fort Lauderdale, FL 33309 | |

Telephone: (754) 300-1500

Adam G. Price (Admitted *Pro Hac Vice*)
Texas State Bar No. 24027750
aprice@dinovoprice.com
Christopher V. Goodpastor (Admitted *Pro Hac Vice*)
Texas State Bar No. 00791991
cgoodpastor@dinovoprice.com
Gregory S. Donahue (Admitted *Pro Hac Vice*)
Texas State Bar No. 24012539
gdonahue@dinovoprice.com
Gabriel R. Gervey (Admitted *Pro Hac Vice*)
Texas State Bar No. 24072112
ggervey@dinovoprice.com
Michael D. French (Admitted *Pro Hac Vice*)
Texas State Bar No. 24116392
mfrench@dinovoprice.com
DINOVOPRICE LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 727-6691

ATTORNEYS FOR PLAINTIFF
T5.2 LTD.

Michael G. Strapp, Esq.
Admitted pro hac vice
Michael.strapp@us.dlapiper.com
Safraz Ishamel, Esq.
Admitted pro hac vice
safraz.ishmael@us.dlapiper.com
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6031

Ankur Desai, Esq.
Admitted pro hac vice
ankur.desai@us.dlapiper.com
DLA Piper LLP (US)
500 Eight Street, NW
Washington, D.C. 20004
Telephone: (202) 799-47

Nandan Padmanabhan, Esq.
Admitted pro hac vice
Nandan.padmanabhan@us.dlapiper.com
DLA Piper LLP (US)
2000 Avenue of the Starts
Suite 400 North Tower
Los Angeles, CA 90067
Telephone: (310) 595-3082

Mary Dahl, Esq.
Admitted pro hac vice
Mary.dahl@us.dlapiper.com
DLA Piper LLP (US)
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 833-2000

Matthew Middleton, Esq.
Admitted pro hac vice
matthew.middleton@us.dlapiper.com
DLA Piper LLP (US)
1201 N. Market St., Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5675

ATTORNEYS FOR DEFENDANT
CITRIX SYSTEMS, INC.

5