**EXHIBIT A**
**AMENDED JOINT CLAIM CONSTRUCTION CHART**

| No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| 1 | intercepting<br><br>'147 patent claims 1, 21<br>'192 patent claims 1, 14<br>'285 patent claims 1, 13, 27 | Plain and ordinary meaning. No construction necessary.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify additional extrinsic evidence to rebut any construction proposed by Citrix. | seizing, catching, or stopping on the way from place to place<br><br>**Extrinsic Evidence**: Expert testimony by Dr. Omid Kia<br><br>Webster's Third New International Dictionary (2002): "intercept: (1) to take, seize, or stop by the way of or before arrival at the destined place …. (3) to interrupt communication or connection with"<br><br>The Concise Oxford Dictionary (sixth edition, 1976) defines the verb intercept as, 'Seize, catch, stop on the way from place to place.' |
| | intercepted[1]<br><br>'922 patent claims 3, 7, 15, 19, 27, 31, 37, 41<br>'146 patent claims 13, 14, 31<br>'285 patent claims 1, 11, 13, 27<br>'621 patent claim 4 | Plain and ordinary meaning. No construction necessary.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify additional extrinsic evidence to rebut any construction proposed by Citrix. | seized, caught, or stopped on the way from place to place.<br><br>**Extrinsic Evidence**: Expert testimony by Dr. Omid Kia<br><br>Webster's Third New International Dictionary (2002):  "intercept:  (1) to take, seize, or stop by the way of or before arrival at the destined place …. (3) to interrupt communication or connection with" |

---

[1] Groupings of similar terms to be construed are grouped together under the same number.

**Joint Claim Construction Chart (Exhibit A)**
1627820511.1

| | | | The Concise Oxford Dictionary (sixth edition, 1976) defines the verb intercept as, 'Seize, catch, stop on the way from place to place.' |
|---|---|---|---|
| 2 | graphics instruction modification module (GIMM)<br><br>'490 patent claims 1, 11 | Not governed by 35 U.S.C. § 112 paragraph 6.<br><br>Alternatively, if governed by 35 U.S.C. § 112 paragraph 6:<br><br>Function: modifying graphics instructions<br>Structure: software or hardware configured to implement the algorithms disclosed at '147 patent, 5:11-6:3, 6:40-45, 6:53-63, 7:38-41, 7:54-67, 9:1-18, 9:59-66, 10:1-16, 11:21-63, 12:35-45, 12:48-54, 13:21-34, 15:49-16:4, 17:1-18, 17:39-18:26, 18:34-45, 19:14-19, 19:57-60, 20:9-15, 20:38-40, 20:44-47 and/or Figs. 1, 6, 9 and equivalents thereof.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify additional extrinsic evidence to rebut any construction proposed by Citrix. | Construe pursuant to pre-AIA 35 U.S.C. § 112 paragraph 6.<br><br>Function: modifying graphics instructions<br><br>Structure: software configured to implement the algorithms disclosed at (i) '147 patent, 10:1-16, 11:21-63, 12:35-45, 12:48-54, or 17:46-18:17 and 18:31-45; and (ii) 15:53-61; and equivalents thereof.[2]<br><br>**Extrinsic evidence**: Expert testimony by Dr. Omid Kia regarding the meaning of "graphics instruction modification module (GIMM)" as the term is understood by a person of ordinary skill in the art; the functional nature of the term such that it falls within means-plus function claiming; the function of the term; and the structure associated with the function found in the asserted patent. |
| 3 | instructions for said graphics processor module<br><br>'147 patent claims 1, 21 | Plain and ordinary meaning. No construction necessary.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify | instructions to cause a graphics processor module to perform an operation that results in the generation of graphics data such as pixels<br><br>**Extrinsic Evidence**: Expert testimony of Omid E. Kia, Ph.D. |

---

[2] Citations to the '147 patent in this proposed construction are exemplary and are applicable to the identical citations in the common specification of each of the patents-in-suit.

2

| | | | |
|---|---|---|---|
| | | additional extrinsic evidence to rebut any construction proposed by Citrix. | Microsoft Computer Dictionary Fifth Ed., "instruction": An action statement in any computer language, most often in machine or assembly language. Most programs consist of two types of statements: declarations and instructions. See also declaration, statement. |
| | graphics instructions<br><br>'192 patent claims 1, 2, 3, 14, 15, 18<br>'922 patent claims 1, 3, 4, 6, 7, 11, 13, 15, 16, 18, 19, 23, 25, 27, 31, 32, 34, 35, 37, 41, 42, 44<br>'146 patent claims 1, 9, 13, 14, 15, 16, 18, 24, 25, 26, 27, 31, 32, 34, 36, 37, 38, 39, 40, 41, 42, 43<br>'621 patent claims 1, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14<br>'490 patent claims 1, 7, 10, 11 | Plain and ordinary meaning. No construction necessary.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify additional extrinsic evidence to rebut any construction proposed by Citrix. | instructions to cause a processor to perform an operation that results in the generation of graphics data such as pixels<br><br>**Extrinsic Evidence**: see above |
| | instructions for generating a first frame<br><br>'568 patent claims 1, 2, 4, 11 | Plain and ordinary meaning. No construction necessary.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify | instructions to cause a processor to perform an operation that results in the generation of a first frame of graphics data such as pixels<br><br>**Extrinsic Evidence**: see above |

3

**Joint Claim Construction Chart (Exhibit A)**
1627820511.1

| | | | |
|---|---|---|---|
| | | additional extrinsic evidence to rebut any construction proposed by Citrix. | |
| | instructions for generating a second frame<br><br>'568 patent claims 1, 4, 11 | Plain and ordinary meaning. No construction necessary.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify additional extrinsic evidence to rebut any construction proposed by Citrix. | instructions to cause a processor to perform an operation that results in the generation of a second frame of graphics data such as pixels<br><br>**Extrinsic Evidence**: see above |
| | graphics instruction<br><br>'285 patent claim 1 | Plain and ordinary meaning. No construction necessary.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify additional extrinsic evidence to rebut any construction proposed by Citrix. | instruction to cause a processor to perform an operation that results in the generation of graphics data such as pixels<br><br>**Extrinsic Evidence**: see above |
| 4 | graphics data<br><br>'147 patent claims 1, 13, 17, 20, 21, 22, 25<br>'192 patent claims 1, 14<br>'922 patent claims 1, 4, 6, 13, 16, 18, 25, 32, 35, 42 | Plain and ordinary meaning. No construction necessary.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify additional extrinsic evidence to rebut any construction proposed by Citrix. | pixels or other image elements that create individual frames in a video stream and other elements<br><br>**Extrinsic Evidence**: Expert testimony of Omid E. Kia, Ph.D.<br><br>Microsoft Computer Dictionary Fifth Ed., "graphics data structure": A data structure that is designed specifically for representing one or more elements of a graphical image. |
| 5 | compression assistance data (CAD)<br><br>'147 patent claims 1, 21, 22 | Plain and ordinary meaning. No construction necessary.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify | data, such as object identification or motion estimation data, that is derived from graphics instructions and that is used to improve the quality or performance of compression |

4

**Joint Claim Construction Chart (Exhibit A)**
1627820511.1

| | | | |
|---|---|---|---|
| | '192 patent claims 1, 14, 18<br>'922 patent claims 1, 3, 7, 12, 13, 15, 19, 24, 25, 27, 31, 33, 35, 37, 41, 43<br>'146 patent claims 1, 13, 14, 18, 31<br>'285 patent claims 1, 5, 7, 8, 13, 18, 21, 23 | additional extrinsic evidence to rebut any construction proposed by Citrix. | *Or alternatively:* "data, such as object identification or motion estimation data, that is generated from processing specially adapted graphics data derived from graphics instructions"<br><br>**Extrinsic Evidence**: Expert testimony of Omid E. Kia, Ph.D. |
| 7 | motion vector<br><br>'922 patent claims 8, 21, 22, 26, 30, 36, 40<br>'146 patent claims 3, 10, 20, 28, 35<br>'621 patent claims 3 | Plain and ordinary meaning. No construction necessary.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify additional extrinsic evidence to rebut any construction proposed by Citrix. | offset between the location of a block of pixels in consecutive frames<br><br>**Extrinsic Evidence**: Expert testimony by Dr. Omid Kia as to the meaning of this term from the point of view of a person having ordinary skill in the art at the time of the claimed invention<br><br>A vector displacement representing the translation of a pixel, block, or region between two frames of video, usually determined by optical flow calculation or block matching (See motion estimation). For instance, in the case of dense motion field, say, an optical flow field, a motion vector is assigned to each pixel on the image plane. In the case of block matching for image coding, a motion vector is assigned to each block. In the case of computer vision, a motion vector sometimes refers to the velocity of a point or an object in the 3D space. Sometimes motion vectors are referred to |

**Joint Claim Construction Chart (Exhibit A)**
1627820511.1

| | | | as displacement vectors. *Dictionary of Computer Science, Engineering, and Technology* (2001). |
|---|---|---|---|
| | | | |
| 9 | an instruction interception module<br><br>'285 patent claims 1, 13, 27 | Not governed by 35 U.S.C. § 112 paragraph 6.<br><br>Alternatively, if governed by 35 U.S.C. § 112 paragraph 6:<br><br>Function: instruction interception<br>Structure: a device driver, wrapper component, or other software or hardware configured to implement the algorithms disclosed at '147 patent, 5:8-6:3, 6:40-45, 6:53-63, 7:38-41, 7:54-67, 9:1-18, 9:59-66, 10:1-16, 11:21-63, 12:35-45, 12:48-54, 13:21-34, 15:49-61, 17:1-18, 17:39-18:26, 18:34-45, 19:14-19, 19:57-60, 20:9-15, 20:38-40, 20:44-47 and/or Figs. 1, 6, 9 and equivalents thereof.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify additional extrinsic evidence to rebut any construction proposed by Citrix. | Construe pursuant to pre-AIA 35 U.S.C. § 112 paragraph 6<br><br>Function: instruction interception<br><br>Structure: a device driver, DirectX wrapper function or other software or hardware configured to implement the algorithms disclosed at (i) '147 patent, 9:1-18, 10:1-16, and 13:21-34; or (ii) the algorithm disclosed at 15:49-57; and equivalents thereof.[3]<br><br>**Extrinsic Evidence**: Expert testimony by Dr. Omid Kia regarding the meaning of this term as the term is understood by a person of ordinary skill in the art; the functional nature of the term such that it falls within means-plus function claiming; the function of the term; and the structure associated with the function found in the asserted patent. |
| 10 | compression assistance instructions<br><br>'285 patent claims 1, 13, 18, 21, 23 | Plain and ordinary meaning. No construction necessary.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify additional extrinsic evidence to rebut any construction proposed by Citrix. | information, such as object identification or motion estimation data, that is derived from graphics instructions and that is used to improve the quality or performance of compression<br><br>*Or alternatively:* "information, such as object identification or motion estimation data, that is |

---

[3] Citations to the '147 patent in this proposed construction are exemplary and are applicable to the identical citations in the common specification of each of the patents-in-suit.

**Joint Claim Construction Chart (Exhibit A)**
1627820511.1

| | | | |
|---|---|---|---|
| | | | generated from processing specially adapted graphics data derived from graphics instructions"<br><br>**Extrinsic Evidence**: Expert testimony of Omid E. Kia, Ph.D. |
| 11 | a transmission module<br><br>'490 patent claims 1, 11 | The Court should not construe this term.<br><br>Alternatively, and as to '490 patent claims 1, 11:<br><br>Not governed by 35 U.S.C. § 112 paragraph 6. Plain and ordinary meaning. No construction necessary.<br><br>Alternatively, and as to '490 patent claims 1, 11:<br><br>If governed by 35 U.S.C. § 112 paragraph 6:<br><br>Function: transmission.<br><br>Structure: software or hardware configured to implement the algorithms disclosed at: '490 patent, 1:62-65; 2:13-16; 2:27-31; 2:37-44; 2:56-61; 3:1-4; 15:67-16:3; 16:7-12; 16:36-39; Fig. 5, and equivalents thereof.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify | Construe pursuant to pre-AIA 35 U.S.C. § 112 paragraph 6<br><br>Function: transmitting compressed image data<br><br>Structure: network interface 70 in Fig. 6, *i.e.* an interface to a data communication network, such as a cable or satellite broadcasting network and/or a public telephone network, as described at '147 patent, 15:28-49.[4]<br><br>**Extrinsic Evidence**: Expert testimony by Dr. Omid Kia regarding the meaning of this term as the term is understood by a person of ordinary skill in the art; the functional nature of the term such that it falls within means-plus function claiming; the function of the term; and the structure associated with the function found in the asserted patent.<br><br>Microsoft Computer Dictionary Fifth Ed., "transmit": To send information over a communications line or a circuit. Computer transmissions can take place in the following ways: asynchronous (variable timing) or synchronous (exact timing); serial (essentially, bit by bit) or |

[4] Citations to the '147 patent in this proposed construction are exemplary and are applicable to the identical citations in the common specification of each of the patents-in-suit.

7

| | | | |
|---|---|---|---|
| | | additional extrinsic evidence to rebut any construction proposed by Citrix. | parallel (byte by byte; a group of bits at once); duplex or full-duplex (simultaneous two-way communication), half-duplex (two-way communication in one direction at a time), or simplex (one-way communication only); and burst (intermittent transmission of blocks of information). Compare transfer. |
| 12 | an instruction interceptor capable of intercepting a first set of instructions for said graphics processor module, said first set of instructions relating to how to render image frames, and generating an output comprising a second set of instructions for said graphics processor module<br><br>'147 patent, claim 21 | Not governed by 35 U.S.C. § 112 paragraph 6. Plain and ordinary meaning. No construction necessary.<br><br>Alternatively:<br><br>If governed by 35 U.S.C. § 112 paragraph 6: Function: intercepting a first set of instructions for said graphics processor module, said first set of instructions relating to how to render image frames, and generating an output comprising a second set of instructions for said graphics processor module.<br><br>Structure: a device driver, wrapper component, or other software or hardware configured to implement the algorithms disclosed at '147 patent, 5:8-6:3, 6:40-45, 6:53-63, 7:38-41, 7:54-67, 9:1-18, 9:59-66, 10:1-16, 11:21-63, 12:35-45, 12:48-54, 13:21-34, 15:49-61, 17:1-18, 17:39-18:26, 18:34-45, 19:14-19, 19:57-60, 20:9-15, 20:38-40, 20:44-47 and/or Figs. 1, 6, 9 and equivalents thereof. | Construe pursuant to pre-AIA 35 U.S.C. § 112 paragraph 6.<br><br>Function:  intercepting a first set of instructions for said graphics processor module, said first set of instructions relating to how to render image frames, and generating an output comprising a second set of instructions for said graphics processor module<br><br>Structure:  a device driver, DirectX wrapper function or other software or hardware configured to implement the algorithms disclosed at '147 patent, 9:1-18, 10:1-16, 13:21-34, and/or 15:49-57; and equivalents thereof.[5]<br><br>**Extrinsic Evidence**: Expert testimony by Dr. Omid Kia regarding the meaning of this term as the term is understood by a person of ordinary skill in the art; the functional nature of the term such that it falls within means-plus function claiming; the function of the term; and the structure associated with the function found in the asserted patent. |

[5] Citations to the '147 patent in this proposed construction are exemplary and are applicable to the identical citations in the common specification of each of the patents-in-suit.

8

**Joint Claim Construction Chart (Exhibit A)**
1627820511.1

| | | | |
|---|---|---|---|
| | | **Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify additional extrinsic evidence to rebut any construction proposed by Citrix. | |
| 13 | a processing function capable of processing said first set of instructions or said second set of instructions or a combination thereof in said graphics processor module, said processing function having an output capable of generating first graphics data, said first graphics data comprising image frames<br><br>'147 patent, claim 21 | Not governed by 35 U.S.C. § 112 paragraph 6. Plain and ordinary meaning. No construction necessary.<br><br>Alternatively:<br><br>If governed by 35 U.S.C. § 112 paragraph 6: Function: processing said first set of instructions or said second set of instructions or a combination thereof in said graphics processor module, said processing function having an output capable of generating first graphics data, said first graphics data comprising image frames.<br><br>Structure: software or hardware configured to implement the algorithms disclosed at '147 patent, 5:26-29; 6:21-23; 6:26-29; 6:34-36, 8:1-8, 9:1-45, 9:62-66, 10:11-16, 10:40-59, 15:53-64, 17:19-18:26, 19:9-30 and/or Figs. 1, 2, 3, 6, 8, 9, 10 and equivalents thereof.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify | Construe pursuant to 35 U.S.C. § 112 paragraph 6.<br><br>Function: processing said first set of instructions or said second set of instructions or a combination thereof in said graphics processor module, said processing function having an output capable of generating first graphics data, said first graphics data comprising image frames<br><br>Structure: software configured to implement the algorithms disclosed at: (i) '147 patent, 9:40-45, 15:53-64, and Fig. 6; or (ii) 17:19-18:26, 15:53-64 and Figs. 6, 8, 9, 10; and equivalents thereof.[6]<br><br>**Extrinsic Evidence**: Expert testimony by Dr. Omid Kia regarding the meaning of this term as the term is understood by a person of ordinary skill in the art; the functional nature of the term such that it falls within means-plus function claiming; the function of the term; and the structure associated with the function found in the asserted patent.<br><br>Microsoft Computer Dictionary, Fifth Ed. |

[6] Citations to the '147 patent in this proposed construction are exemplary and are applicable to the identical citations in the common specification of each of the patents-in-suit.

**Joint Claim Construction Chart (Exhibit A)**
1627820511.1

| | | | |
|---|---|---|---|
| | | additional extrinsic evidence to rebut any construction proposed by Citrix. | Angel, Edward, Interactive Computer Graphics (6th ed. 2012) at 6-7 ("In a simple system, there may be only one processor, the central processing unit (CPU) of the system, which must do both the normal processing and the graphical processing. The main graphic function of the processor is to take specifications of graphical primitives (such as lines, circles, and polygons) generated by application programs and to assign values to the pixels in the frame buffer that best represent these entities. … Today, virtually all graphics systems are characterized by special-purpose graphics processing units (GPUs), custom-tailored to carry out specific graphics functions."). <br><br> Eck, David J., Introduction to Computer Graphics v. 1.3 (Aug. 2021) at 7 ("[I]n modern computers, graphics processing is done by a specialized component called a GPU, or Graphics Processing Unit. … To draw a line or perform some other graphical operation, the CPU simply has to send commands, along with any necessary data, to the GPU, which is responsible for actually carrying out those commands."). |
| 14 | a processing function capable of processing said second set of instructions in said graphics processor module, said processing function | Not governed by 35 U.S.C. § 112 paragraph 6. Plain and ordinary meaning. No construction necessary. <br><br> Alternatively: <br><br> If governed by 35 U.S.C. § 112 paragraph 6: | Construe pursuant to 35 U.S.C. § 112 paragraph 6. <br><br> Function: processing said second set of instructions in said graphics processor module, said processing function being further capable of producing an output comprising second graphics data |

| being further capable of producing an output comprising second graphics data<br><br>'147 patent, claim 21 | Function: processing said second set of instructions in said graphics processor module, said processing function being further capable of producing an output comprising second graphics data.<br>Structure: software or hardware configured to implement the algorithms disclosed at '147 patent, 5:11-6:9, 6:14-15, 6:40-45, 6:53-63, 7:33-53, 8:1-8, 9:59-66, 10:1-16, 10:40-59, 11:21-63, 12:35-45, 12:48-15:26, 15:53-64, 16:63-17:36, 17:45-18:26, 18:34-56, 18:63-65, 19:1-30, 20:19-50, 20:54-21:9 and/or Figs. 1, 2, 6, 8, 9, 10 and equivalents thereof.<br><br>**Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify additional extrinsic evidence to rebut any construction proposed by Citrix. | Structure: software configured to implement the algorithms disclosed at: (i) '147 patent, 9:62-66 and 10:1-16, 11:21-63, 12:35-45, and 12:48-54, or 17:46-18:17 and Figs. 9, 10; and (ii) 15:53-61; and equivalents thereof.[7]<br><br>**Extrinsic Evidence**: Expert testimony by Dr. Omid Kia regarding the meaning of this term as the term is understood by a person of ordinary skill in the art; the functional nature of the term such that it falls within means-plus function claiming; the function of the term; and the structure associated with the function found in the asserted patent.<br><br>Microsoft Computer Dictionary, Fifth Ed.<br><br>Angel, Edward, Interactive Computer Graphics (6th ed. 2012) at 6-7 ("In a simple system, there may be only one processor, the central processing unit (CPU) of the system, which must do both the normal processing and the graphical processing. The main graphic function of the processor is to take specifications of graphical primitives (such as lines, circles, and polygons) generated by application programs and to assign values to the pixels in the frame buffer that best represent these entities. … Today, virtually all graphics systems are characterized by special-purpose graphics processing units (GPUs), custom-tailored to carry out specific graphics functions."). |

---

[7] Citations to the '147 patent in this proposed construction are exemplary and are applicable to the identical citations in the common specification of each of the patents-in-suit.

**Joint Claim Construction Chart (Exhibit A)**
1627820511.1

| | | | |
|---|---|---|---|
| | | | Eck, David J., Introduction to Computer Graphics v. 1.3 (Aug. 2021) at 7 ("[I]n modern computers, graphics processing is done by a specialized component called a GPU, or Graphics Processing Unit. …  To draw a line or perform some other graphical operation, the CPU simply has to send commands, along with any necessary data, to the GPU, which is responsible for actually carrying out those commands."). |
| 15 | a compression assistance data generator capable of receiving an input comprising said second graphics data and producing an output comprising compression assistance data<br><br>'147 patent, claim 21 | Not governed by 35 U.S.C. § 112 paragraph 6. Plain and ordinary meaning. No construction necessary.<br><br>Alternatively:<br><br>If governed by 35 U.S.C. § 112 paragraph 6:<br><br>Function: receiving an input comprising said second graphics data and producing an output comprising compression assistance data. Structure: software or hardware configured to implement the algorithms disclosed at '147 patent, abstract, 4:38-55; 6:4-33, 6:46-7:37, 9:1-18; 9:46-53, 10:1-16, 10:21-36, 11:21-11:33; 11:64-12:34, 13:53-15:26, 15:44-64, 16:63-17:36, 17:45-18:26, 18:34-36, 18:46, 19:1-30, 20:19-50, 20:54-21:9 and/or Figs. 1, 2, 6, 8, 9, 10 and equivalents thereof. | Construe pursuant to 35 U.S.C. § 112 paragraph 6.<br><br>Function: receiving an input comprising said second graphics data and producing an output comprising compression assistance data<br><br>Structure: software configured to implement the algorithms disclosed at '147 patent: (i) 11:64-12:34, 12:35-47 and 12:55-13:20, or 14:4-15:2; and (ii) 15:58-64; or (iii) 17:58-18:18 and 18:46; and equivalents thereof.[8]<br><br>**Extrinsic Evidence**: Expert testimony by Dr. Omid Kia regarding the meaning of this term as the term is understood by a person of ordinary skill in the art; the functional nature of the term such that it falls within means-plus function claiming; the function of the term; and the structure associated with the function found in the asserted patent. |

[8] Citations to the '147 patent in this proposed construction are exemplary and are applicable to the identical citations in the common specification of each of the patents-in-suit.

12

**Joint Claim Construction Chart (Exhibit A)**
1627820511.1

| | | | |
|---|---|---|---|
| | | **Extrinsic Evidence**: Expert testimony of John Hart, Ph.D.; T5.2 reserves the right to identify additional extrinsic evidence to rebut any construction proposed by Citrix. | |

13

**Joint Claim Construction Chart (Exhibit A)**
1627820511.1